Law Offices of Patricia Rodriguez
Patricia Rodriguez, #270639
739 East Walnut Street, Suite 204
Pasadena, CA 91101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregg Atwell, an individual, Monique Atwell, an individual<br><br><br>Plaintiff(s),<br>v.<br>CMG Mortgage Inc, Mortgage Electronic Registration Systems Inc, United Escrow Company, All Funds Mortgage, Lawyers Title, Bank of America Home Loan, et al.<br>Defendant(s). | CASE NUMBER<br><br>CV11-02782-PA-MAN<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
   dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
   _____
   is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
   brought by ___Gregg & Monique Atwell___.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


6/13/2011
_____                    _____
      *Date*                                    *Signature of Attorney/Party*


*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq.
Bar No: 270639
739 East Walnut #204
Pasadena, CA 91101
Telephone: (626) 888-5206
Facsimile: (626) 844-6550

Attorneys for Plaintiffs
MONIQUE & GREG ATWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE ATWELL, an individual; GREGG ATWELL, an individual; | Case No. CV11-02782-PA-MAN Hon. Percy Anderson |
| Plaintiffs, v. | **STIPULATION TO DISMISS DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE SECTION 41a** |
| CMG MORTGAGE, INC. a Business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Business entity, form unknown; UNITED ESCROW COMPANY, a Business entity, form unknown; ALL FUNDS MORTGAGE, a Business entity, form unknown; LAWYERS TITLE, a Business entity, form unknown; BANK OF AMERICA HOME LOAN, a Business entity, form unknown; AURORA LOAN SERVICES, LLC, a Business entity, a form unknown; QUALITY LOAN SERVICE CORP., a Business entity, form unknown; and Does 1-100 inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs GREGG and MONIQUE ATWELL and Defendant CMG MORTGAGE INC.,

through their attorneys of record herein, hereby state as follows:

**Stipulation to Dismiss Pursuant to Federal Rules of Civil Procedure Section 41a**

1

1      WHEREAS, Plaintiffs filed their complaint on March 15, 2011;

2      WHEREAS, On April 1, 2011 the Defendant CMG removed the case from state court to

3   the current Federal Court;

4
       WHEREAS, Defendants MERS and Aurora had removed the same state case on March
5
    31, 2011;
6

7      WHEREAS, Plaintiffs have been litigating the exact same facts and causes of action in

8   two separate federal cases, the current action, and CV11-02711-DSF-MAN;

9      WHEREAS, Plaintiffs have since dismissed CMG from Federal case number CV11-

10   02711-DSF-MAN;

11
       WHEREAS, Plaintiffs wish to dismiss Defendant CMG Mortgage Inc. from the instant
12
13   action, case number CV11-02782-PA-MAN;

14   **NOW THEREFORE**, the parties stipulate as follows:

15     Plaintiffs dismiss Defendant CMG Mortgage Inc. from the entire action with prejudice in

16   exchange for a waiver of costs and fees associated with the matter.
17

18

19  Dated: June 17, 2011

20
                               LAW OFFICES OF PATRICIA RODRIGUEZ
21
                               By: _____
22                             Alan Sagherian, Esq. for
                               Plaintiffs
23

24

25  Dated:  June 2 0, 2011           MEDLIN & HARGRAVE, APC

26

27                             _____
                               Joshua Rosenthal, Esq.
28                             Attorneys for CMG Mortgage Inc.

       Stipulation to Dismiss Pursuant to Federal Rules of Civil Procedure Section 41a

1
2    IT IS SO ORDERED.
3
4
5    DATED:                                    _____
6                                              The Honorable Percy Anderson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Dismiss Pursuant to Federal Rules of Civil Procedure Section 41a**

3

LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez, Esq.
Bar No: 270639
739 East Walnut #204
Pasadena, CA 91101
Telephone: (626) 888-5206
Facsimile: (626) 844-6550

Attorneys for Plaintiffs
MONIQUE & GREG ATWELL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE ATWELL, an individual; GREGG ATWELL, an individual;  Plaintiffs,  v.  CMG MORTGAGE, INC. a Business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Business entity, form unknown; UNITED ESCROW COMPANY, a Business entity, form unknown; ALL FUNDS MORTGAGE, a Business entity, form unknown; LAWYERS TITLE, a Business entity, form unknown; BANK OF AMERICA HOME LOAN, a Business entity, form unknown; AURORA LOAN SERVICES, LLC, a Business entity, a form unknown; QUALITY LOAN SERVICE CORP., a Business entity, form unknown; and Does 1-100 inclusive,  Defendants. | Case No. CV11-02782-PA-MAN Hon. Percy Anderson  **DECLARATION OF PATRICIA RODRIGUEZ** |

1.      I, Patricia Rodriguez, Esq., am an attorney licensed in the State of

**Declaration**

1

California and in the Federal Court for the Central District of California.  I am the lead attorney

on this matter and could fully testify to the facts and proceedings of this case if called upon.

2.      As the attached stipulation confirms, Plaintiffs Gregg and Monique Atwell are hereby

dismissing this case with prejudice.

3.      Plaintiffs have dismissed Defendant CMG Mortgage Inc., from the related case, federal

case number CV11-02711-DSF-MAN, but do not at all intend to dismiss that case in its entirety.

4.      The dismissal in the instant action, case number CV11-02782-PA-MAN, is meant to only

apply to this case, and should not at all reflect on Plaintiffs' intentions regarding federal case

number CV11-02711-DSF-MAN.

5.      Plaintiffs fully intend to continue litigation in that action, case number CV11-02711-

DSF-MAN.


DATED: 6/20/2011

Patricia Rodriguez

**Declaration**

2